INHABITANTS OF KINGFIELD *versus* ALVIN H. PULLEN.

Neither a party nor a witness can be allowed costs for travel beyond the line of the State.

ON EXCEPTIONS.

The writ described the defendant as of Sparta, in the State of Wisconsin, and real and personal estate were attached upon it in this county.

Notice was ordered and complied with, and, at the second term, the defendant appeared personally and by counsel, and, upon trial, the plaintiffs became nonsuited.

The defendant made affidavit that his place of residence was seventeen hundred miles from the place of trial, and that he came to this county for the sole purpose of attending to this suit.

He claimed costs for actual travel, which the clerk allowed. From this taxation the plaintiffs appealed, and the presiding Judge sustained, *pro forma*, the decision of the clerk, and the plaintiffs alleged exceptions.

*H. L. Whitcomb*, for the plaintiffs, cited

R. S., c. 116, § 14; Mass. R. S., c. 156, § 27; *White* v. *Judd*, 1 Met., 293; *Melvin* v. *Whiting*, 13 Pick., 184.

*Hannibal Belcher*, for the defendant.

DANFORTH, J. — Neither a party nor a witness can be allowed travel beyond the line of the State. Therefore the exceptions must be sustained, and the bill of cost corrected so as to allow travel from the line of the State.

APPLETON, C. J., KENT, WALTON, BARROWS and TAPLEY, JJ., concurred.